1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIMEE D. ELSBREE and ANITA ELSBREE-SYLVAN , <br><br>   Plaintiffs, <br><br>   vs. <br><br> "KENDALL COVIDIEN," or "COVIDIEN KENDALL" a Minnesota corporation and DOES 1 through 100, inclusive , <br><br>   Defendants. | Case No. CV 16-6414-GW(KSx) <br><br> **ORDER GRANTING STIPULATION TO DISMISS CASE WITHOUT PREJUDICE** |

[PROPOSED] ORDER DISMISSING CASE

361475 V1

## **ORDER GRANTING STIPULATION TO DISMISS CASE WITHOUT PREJUDICE**

Upon consideration of the stipulation of defendant Medtronic U.S.A., Inc. ("Medtronic") and plaintiffs Aimee D. Elsbree and Anita Elsbree-Sylvan ("Plaintiffs"), and good cause appearing therefor, **THE COURT HEREBY DISMISSES THIS MATTER** in its entirety and without prejudice to Plaintiffs' ability to re-file this matter in this Court and under this case number within one year of the entry of this order.

DATED: January 10, 2017

_____
GEORGE H. WU, U.S. District Judge